IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CHARLES ROBERT PERRY                                              PLAINTIFF

vs.                              CASE NO. **4:05CV567GH**

ETHICON, INC.; ET AL.                                            DEFENDANTS

## ORDER

The motion of David Noteware for admission to practice pro hac vice is hereby granted.

IT IS SO ORDERED this 28th day of November, 2005.

*George Howard, Jr.*
UNITED STATES DISTRICT JUDGE

-1-