``IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CHARLES ROBERT PERRY                                                           PLAINTIFF

vs.                                    CASE NO. 4:05CV567GH

ETHICON, INC.; ET AL.                                                         DEFENDANTS

## ORDER

Pending before the Court is plaintiff's third motion to compel. Plaintiff asks that the Court order defendant to respond to certain requests for production regarding surgical staplers. Defendants have not responded.

The Court has addressed the issues of the scope of discovery as well as whether a protective order is warranted in an Order entered October 27, 2005. Defendants have not provided any justification for failing to provide the information requested.

Accordingly, the third motion to compel is granted. Defendants are directed to provide the information requested in requests for production 33 through 37 within twenty days of the date of this Order.

IT IS SO ORDERED this 12th   day of December, 2005.

_____
UNITED STATES DISTRICT JUDGE

-1-