IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CHARLES ROBERT PERRY                                                                  PLAINTIFF

vs.                                           CASE NO. **4:05CV567GH**

ETHICON, INC.; ET AL.                                                               DEFENDANTS

### **ORDER**

Pending before the Court is plaintiff's motion in limine. Plaintiff seeks to exclude certain evidence:

1. Plaintiff does not have any family members. Plaintiff contends that the issue is not relevant. Defendant objects. The Court cannot at this time find that the evidence should be excluded. The Court will be in a better position to determine its admissibility at the time it is proffered. Thus, the request is denied without prejudice to renew.

2. Mistrial. Defendant agrees that the jury should not be informed that the first trial ended in a mistrial. Thus, the request is moot.

3. Nursing Care:   Plaintiff asks that defendant not be allowed to introduce evidence that plaintiff's post-accident bed sores are the fault of nursing care that plaintiff received after the surgery. Defendant objects. The Court cannot at this time find that the evidence should be excluded. The Court will be in a better position to determine its admissibility at the time it is proffered. Thus, the request is denied without prejudice to renew.

4.   Alternative Safer Design: Plaintiff states that it is not required under the Arkansas products liability statute to show that there is an alternative safer design and that defendant should not be allowed to suggest otherwise to the jury. Defendant objects. The jury will be instructed that opening statements and closing arguments are not evidence. They will be instructed as to the elements plaintiff must prove. To the extent

plaintiff seeks to preclude defendant from making such an argument, the request is denied.

     5.  Planted Champion E-mail:  Plaintiff seeks to exclude an e-mail from Kenneth Champion, M.D. to Richard Poe which plaintiff contends is non-responsive and constitute hearsay.  Defendant objects.  The Court cannot at this time find that the evidence should be excluded.  The Court will be in a better position to determine its admissibility at the time it is proffered.  Thus, the request is denied without prejudice to renew.

     Accordingly, the motion in limine is denied.

     IT IS SO ORDERED this 27th day of November, 2006.

                                                _George Howard, Jr_
                                                UNITED STATES DISTRICT JUDGE