IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CHARLES ROBERT PERRY                                                                  PLAINTIFF

vs.                                         CASE NO. **4:05CV567GH**

ETHICON, INC.; ET AL.                                                              DEFENDANTS

### **ORDER**

    The Court has considered plaintiff's motion for reconsidering of defendant's motion to exclude the expert testimony of plaintiff's expert Richard J. Poe. After considering the in chambers proffer of Poe's testimony and defendant's cross examination, the Court finds that the proffered testimony meets the requirements of Federal Rule of Evidence 702. Thus, the Court vacates its November 27th Order excluding the expert testimony of Poe and will allow plaintiff to present the expert testimony of Richard J. Poe.

    IT IS SO ORDERED this 28th day of November, 2006.

*[signature: George Howard Jr.]*
UNITED STATES DISTRICT JUDGE

-1-