AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court
## *Eastern District of Arkansas*

CHARLES ROBERT PERRY

JUDGMENT IN A CIVIL CASE

v.

ETHICON INC., ETHICON ENDO-SURGERY, INC. and JOHNSON & JOHNSON

CASE NUMBER:  4:05CV00567 GH

☒ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Judgment is entered in favor of defendants and against plaintiff.

December 4, 2006      James W. McCormack
*Date*      *Clerk*

/s/ Patricia L. Murray
*(By) Deputy Clerk*